AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Healthy Gulf et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No.  26-cv-01118 |
| Doug Burgum et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Brooke Rollins,
in her official capacity as Secretary of the U.S. Department of Agriculture
1600 Independence Ave., SW
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Stephen D. Mashuda
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*