**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, et al., | |
| *Plaintiffs*, | Case No. 1:26-cv-01118-RC |
| v. | |
| DOUG BURGUM, in his official capacity as SECRETARY OF THE INTERIOR, et al., | |
| *Defendants*. | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR FEDERAL DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Healthy Gulf, Sierra Club, Friends of the Earth, Turtle Island Restoration Network, and Oceana, and Federal Defendants, Doug Burgum, in his official capacity as Secretary of the Interior, et al., (the "Parties") respectfully request that the Court modify the briefing schedule for Federal Defendants' Motion to Dismiss (ECF 25).

Under LCvR 7(b) and (d), Plaintiffs' opposition to the motion is currently due on June 23, 2026, and Federal Defendants' reply is due seven days after service of Plaintiffs' response. In accordance with Local Rule 7(m), the Parties have conferred and agreed to extend those deadlines by three weeks for Plaintiffs' opposition (until July 14, 2026) and by two weeks for Federal Defendants' reply (for a total of three weeks, until August 4, 2026).

There is good cause to modify the briefing schedule. The requested three-week extension would accommodate existing obligations of counsel for Plaintiffs, including oral argument in another matter and deadlines in several other cases. The requested two-week extension for

1

Federal Defendants' reply would similarly accommodate briefing deadlines and other scheduling conflicts for counsel for Federal Defendants.

WHEREFORE, the Parties respectfully request this Court grant their joint motion to modify the briefing schedule and allow Plaintiffs to file an opposition to the motion to dismiss on or before July 14, 2026, and Federal Defendants to file a reply in support of their motion on or before August 4, 2026.

Pursuant to LCvR 7(c), a proposed order reflecting those deadlines is attached.

Respectfully submitted this 18th day of June, 2026.

/s/ Stephen D. Mashuda
Stephen D. Mashuda (DC Bar No. WA0005)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
smashuda@earthjustice.org

Brettny Hardy (*pro hac vice*)
Andrea A. Treece (*pro hac vice*)
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 Telephone
bhardy@earthjustice.org
atreece@earthjustice.org

Ava Ibanez Amador (*pro hac vice*)
EARTHJUSTICE
48 Wall St., 15th Floor
New York, NY 10005
212-845-7376 Telephone
alamador@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Friends of the Earth, and Turtle Island Restoration Network*

/s/ Devorah Ancel
Devorah Ancel (*pro hac vice*)
SIERRA CLUB

2

PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*


ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
ROBERT N. STANDER,
Deputy Assistant Attorneys General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-5785
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

DAVIS A. BACKER, Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

3