**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HEALTHY GULF, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 1:26-cv-01118-RC |
| | : | |
| v. | : | Re Document No.:    20 |
| | : | |
| DOUG BURGUM, Secretary of the | : | |
| Interior, *et al.*, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**GRANTING INTERVENOR AMERICAN PETROLEUM INSTITUTE'S MOTION TO INTERVENE**

Before the Court is the American Petroleum Institute's ("API") motion to intervene.  *See* ECF No. 20 at 1.  No party opposes API's motion.  *Id.* at 2.  Earlier today, this Court granted API's virtually identical motion to intervene in a similar case.  *See Nat. Res. Def. Council, Inc. v. Burgum*, 26-cv-1116 (D.D.C.), ECF No. 31.  For the same reasons, the Court grants API's motion here.

API has established all four factors necessary to intervene as a matter of right.  *See* Fed. R. Civ. P. 24(a); *Karsner v. Lothian*, 532 F.3d 876, 885 (D.C. Cir. 2008) (listing factors).  First, API's motion is timely, having been filed six days after the amended complaint and before any dispositive motions.  *See Sierra Club v. U.S. Dep't of Agric., Rural Utils. Serv.*, No. CV 07-1860 (EGS), 2008 WL 11408418, at *1 (D.D.C. May 9, 2008).  Second, API has a protected interest in this action because its members are heavily involved in oil and gas development and exploration in the Gulf of Mexico.  *See* ECF No. 20-1, Decl. of Holly A. Hopkins ¶ 5.  Third, API's legally protected interest might be impaired by this action because Plaintiffs attack a regulatory decision that favors API's members by allowing them to develop, explore, and extract oil and gas in the

Gulf.  *See Friends of Earth v. Haaland*, No. CV 21-2317 (RC), 2021 WL 5865386, at *2 (D.D.C. Dec. 11, 2021) (granting API's motion to intervene in a case concerning a challenge to certain oil and gas leases in the Gulf of Mexico).  Finally, API's interests are not adequately protected by Defendants because the government's duty to represent the interests of its citizens is not the same as API's duty to represent the interests of its members.  *See Fund for Animals, Inc. v. Norton*, 322 F.3d 728, 735–37 & n.9 (D.C. Cir. 2003).

For these reasons, Intervenor American Petroleum Institute's motion to intervene (ECF No. 20) is **GRANTED**.  It is hereby:

**ORDERED** that the caption to this case is amended to reflect the same; and it is

**FURTHER ORDERED** that American Petroleum Institute's proposed Answer, submitted to the Court on June 1, 2026, at ECF No. 20-1, is deemed filed and the Clerk of the Court is directed to file it as an answer on the docket.

**SO ORDERED**.

Dated:  July 14, 2026                                        RUDOLPH CONTRERAS
                                                                         United States District Judge

2