**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, et al., | Case No. 1:26-cv-01118-RC |
| *Plaintiffs*, | |
| v. | |
| DOUG BURGUM, in his official capacity as SECRETARY OF THE INTERIOR, et al., | |
| *Defendants*. | |

**DECLARATION OF STEPHEN D. MASHUDA IN SUPPORT OF PLAINTIFFS'
OPPOSTION TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

I, Stephen D. Mashuda, declare under penalty of perjury as follows:

1.      I am an attorney with Earthjustice, and I represent Healthy Gulf, Friends of the Earth, Turtle Island Restoration Network, and Oceana in the above-captioned litigation. The facts and opinions set forth in this declaration are based on my personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of the Letter from Pete Hegseth, Sec'y of War, to Doug Burgum, Sec'y of Interior, Request for ESA Exemption for Gulf of America Oil and Gas Activities (Mar. 13, 2026), and attached Memorandum for Record from Pete Hegseth, Sec'y of War, on National Security Findings (Mar. 13, 2026), obtained from https://www.doi.gov/endangered-species-committee.

3.      Attached as **Exhibit 2** is a true and correct copy of the transcript of the Endangered Species Committee meeting held on March 31, 2026, downloaded from Pacer.gov from the docket in *Natural Resources Defense Council v. Burgum*, Case No. 26-cv-0116 (D.D.C. May 26, 2026), ECF No. 22-7.

1

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 14th Day of July, 2026.

_Stephen D. Mashuda_
Stephen D. Mashuda

2