IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior, et al.,<br><br>        Defendants. | Civil Action No. 1:26-cv-01118-RC |

## NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS

Intervenor-Defendant America Petroleum Institute ("API") hereby gives notice that it joins and supports Defendants' Motion to Dismiss at ECF No. 25. Defendants' motion was filed on June 9, 2026, before API was granted intervenor status on July 14, 2026. API supports Defendants' motion and agrees that this case should be dismissed for the reasons stated in Defendants' motion.

DATED:  July 17, 2026.

STOEL RIVES LLP

/s/ Jason T. Morgan
RYAN P. STEEN, Bar No. 1615260
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1615129
jason.morgan@stoel.com
Stoel Rives LLP
600 University Street, Suite 3400
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*Attorneys for Intervenor-Defendant American Petroleum Institute*